In the Matter of THE SICILIAN ASPHALT PAVING COMPANY, Respondent, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued December 1, 1941; decided January 8, 1942.

*William C. Chanler, Corporation Counsel (Paxton Blair, Sol Charles Levine* and *Isaac C. Donner* of counsel), for appellant.

*James J. McLoughlin* and *Robert F. White* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY and CONWAY, JJ. Dissenting: FINCH, LEWIS and DESMOND, JJ.